# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **BRYANT ROGERS** <br> **DOC #707668** | **DOCKET NO. 2:19-CV-812** <br> **SEC. P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **W S SANDY MCCAIN** | **MAGISTRATE JUDGE HANNA** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the Court, considering the record in this case, the requirements of 28 U.S.C. § 2253, and the Supreme Court's decision in <u>Slack v. McDaniel</u>, 529 U.S. 473, 478 (2000), hereby finds that:

The certificate of appealability is **DENIED** because the applicant has failed to show that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

MONROE, LOUISIANA, this 23rd day of September, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE